IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDWARD MAX LEWIS,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

v.                                        Case No. 14-cv-446-wmc

LEON STENZ, CHARLES SIMONO,
JOHN DENNEE, GEORGE STAMPER,
STEVE WEBER, LESLI HROUDA,
LINDA HELMICK, DONALD
STONEFIELD, RICHARD BRANDER,
BETTY THUNDER, WISCONSIN
MUTUAL INSURANCE CORPORATION
and LEAGUE OF WISCONSIN
MUNICIPALITIES MUTUAL INSURANCE,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Edward Max Lewis's request for leave to proceed and dismissing this case with prejudice as legally frivolous.

    /s/                                                                              3/30/2015

    Peter Oppeneer, Clerk of Court                             Date