DOC NO
REC'D/FILED
2015 APR 15 AM 10: 51
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

To: The Honorable Judge William Conley
From: Edward Max Lewis
Date: 14-12-15
Re: 14-cv-446-wmc

Dear Honorable Judge Conley,

I don't understand your order in my case. I am in a mental hospital because I tried to kill myself again. I can keep my head together for easy stuff but my brain stops for hard stuff. I can think if I chase my thoughts away with pain but I can only do that if I scratch and cut myself or pull my toe nails out. I am trying to get better but I loss control by thinking to hard. I pulled all my toe nails out and my eye brows so I can think about this but its tough to stay focused. I think someone said I need to ask you to reconsider but I have to pay him and go get case law. I am still fighting my appeal but I want to rest because I keep fighting because I should not be here. I want to die again but this place wont let me. I asked if someone could help me who helped me in passed but I was

told no so I might have to pay someone again. I have good days and bad days but I don't have a typewriter or help now. Will you give me an attorney or more time to ask you to reconsider? I can do it with time I think. I am back at the place I went to get better before. Maybe if you give me an order I can get help from Dan Marsh who helped me before. He lives on another unit and helped me with my first appeal but this place wont let him because we don't have library together. They wont let me use the computer either. I don't have a copy of what I sent you either. Can I have one sent to me so I can use the complaint? Please help me because I need help and you keep using these crazy times against me. I can't be smart all the time. I am sorry but please help me. I only have a few months left in prison. I can't leave like this. I just need to be heard. I need to appeal something

Begging

Edward May Lewis

DEPARTMENT OF HEALTH SERVICES
Division of Mental Health and Substance Abuse Services
F-25596C (02/2015)     Page 1 of 3

**CONFIDENTIAL**

STATE OF WISCONSIN

## Treatment Learning Plan (TLP)

| NAME - Last, First, MI | DOC Number | Date Admitted | Track | Release Date | Date of Plan |
|---|---|---|---|---|---|
| LEWIS, EDWARD M | 342641 | 2/10/2015 | MR/AODA | 9/18/2015 | 3/3/2015 |

**Reason for Admission From** RGCI (Institution)
Pre-Release

**Present at Staffing:** Edward(Non Staff Member), Stockwell(Psychology Staff), Reichenberger(Ius), Urban(Psychiatric Care Supervisor), Quinette(Rec Therapist), Smithback(Teacher), Mathys(Social Worker),

| Psychology Diagnosis | 02/10/2015 | Admission | Stockwell, Julie A. | MH code: | MH-2A |
|---|---|---|---|---|---|

296.34 Major Depressive Disorder, Recurrent Episode, With Psychotic Features
309.81 Posttraumatic Stress Disorder
301.89 Other Specified Personality Disorder, With Borderline And Antisocial Features
312.39 Trichotillomania (Hair Pullibng Disorder), Provisional

**Symptoms**   Intermittent thoughts of suicide; toenail pulling.

| Psychiatric Diagnosis  2/28/2015 | Medications |
|---|---|
| 1. Borderline Personality Disorder<br>2. Asthma<br>3. Seizure Disorder, Most Likely Generalized<br>4. Chronic Bilateral Knee Pain<br>5. History Of Hypertension<br>6. Gastroesophageal Reflux Disease<br>7. History Of Shingles, Most Recently In November 2014<br>8. History Of Increased Prolactin, Non-Medication Induced Which Has Now Resolved As Of February 5, 2015.<br>9. Bilateral Gynecomastia | Albuterol Hfa 90 Mcg Inhale2 Puffs Q 4 Hours Prn.Asthma<br>Duloxetine 60 Mg2 Q Noonmood<br>Hepatitis A & B Vaccinedose 1 Nowdose 2 In 1 Monthdose 3 6 Months P Dose 1Vaccine<br>Levetiracetam 500 Mg2 Bid (Noon & Bedtime)Sz D/O<br>Naproxen 500 Mg1 Bid Prnpain (With Crackers)<br>Vitamin D-3 2,000 Units1 Q Daily |

**Subjective Statements:** Inmate declined opportunity to meet with nurse to discuss upcoming staffing.
**Psychotropic Medications:** Compliant, Mood Stabilizer

Inmate was admitted on February 10th. He is scheduled for CDC for asthma, chronic pain and seizure disorder. HSU requests have been for lab copies, cream for healing shingles lesions, compression shirts from property, eyeglasses and request to discontinue Protonix.

**Takes Medication as Prescribed:** Yes     Mr. Lewis has been medication compliant.
**Guardian/Commitment:** No
**Current PRC Status:** WRC Temp/Medium

| Strengths | Challenges |
|---|---|
|  |  |

**Identified Communication Barriers**   Yes   ☐ LEP   ☑ Visual Impairment   ☐ Hearing Impairment   ☐ Other
Mr. Lewis wears glasses.

Distribution: TLP: Original - PSU -Outside Consents/Legal  Copy - Inmate
               RTS: Original - PSU -Outside Consents/Legal, Copy - Medical Record-Care Plan Section, Copy - Inmate