IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD MAX LEWIS,

                    Plaintiff,

v.

LEON STENZ, *et al.*,

                    Defendants.

ORDER

14-cv-446-wmc

Plaintiff Edward Max Lewis filed a civil action under 42 U.S.C. § 1983, challenging his prosecution and ensuing conviction. On March 30, 2015, the court denied him leave to proceed and dismissed this action with prejudice as legally frivolous. Thereafter, Lewis filed a pleading, which the court construed as a notice of appeal. (*See* Dkt. # 15). Lewis has now filed a motion to alter or amend the judgment of dismissal under Fed. R. Civ. P. 59(e). To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007). Lewis does not show that the dismissal order was entered in error or that he is entitled to relief from the judgment. Accordingly, the motion will be denied.

ORDER

IT IS ORDERED that plaintiff Edward Max Lewis's motion to alter or amend (dkt. # 19) is DENIED.

Entered this 24th day of April, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge