IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD MAX LEWIS,

                Plaintiff,                OPINION AND ORDER

v.

                                                  14-cv-446-wmc

GEORGE STAMPER, *et al.*,

                Defendants.

In this *pro se* civil rights lawsuit, plaintiff Edward Max Lewis proceeds on claims that during his stay at the Forest County Jail from October 26, 2003, to June 28, 2004, the defendants violated his constitutional, statutory and state law rights by failing to provide him with adequate medical and mental health treatment, subjected him to inhumane conditions of confinement, and used excessive force against him. Of relevance to this order, Lewis purported to proceed against multiple Doe defendants with respect to his conditions of confinement and excessive force claims. On November 21, 2017, Magistrate Judge Stephen Crocker issued an order addressing, among other things, Lewis's failure to identify the Doe defendants by the deadline set forth in the Preliminary Pretrial Conference Order. (Dkt. #104.) Out of leniency, Judge Crocker set December 4, 2017, as Lewis's deadline to seek to amend his complaint to identify any Doe defendants. Since Lewis has not sought leave to amend his complaint, the court will dismiss the Doe defendants. Further, because Lewis is not proceeding against any other defendant on his excessive force claim (*see* dkt. #36, at 11), his excessive force claim will be dismissed as well.

ORDER

IT IS ORDERED that all Doe defendants and plaintiff's excessive force claim are DISMISSED from this lawsuit.

Entered this 21st day of December, 2017.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge