IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDWARD MAX LEWIS., <br><br> Plaintiff, <br> v. <br><br> GEORGE STAMPER, *et al.*, <br><br> Defendants. | ORDER <br><br> 14-cv-446-wmc |

Pending before the court are motions for summary judgment and to dismiss for failure to prosecute and cooperate in discovery. (Dkt. ##107, 114.) In the motions, defendants requested judgment in their favor because at that point in time, pro se plaintiff Edward Max Lewis had failed to comply with their discovery requests, as well as the court's orders directing him to authorize the release of his medical records, all of which is relevant to defendants' statute of limitations defense. However, after defendants filed those motions, Lewis retained counsel and the court held a hearing with the parties. During the hearing, defense counsel indicated that they were able to obtain responses to their discovery requests. As such, the court set further deadlines for the parties to brief defendants' statute of limitations affirmative defense. (Dkt. #130.) Accordingly, defendants' motions for summary judgment and to dismiss for failure to prosecute and cooperate in discovery (dkt. ##107, 114) are DENIED AS MOOT, and the court has taken the parties' most recent submissions related to defendants' statute of limitations affirmative defense under advisement.

Entered this 18th day of September, 2018.

BY THE COURT:
/s/
WILLIAM M. CONLEY
District Judge