IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDWARD MAX LEWIS,

    Plaintiff,

  v.

LEON STENZ, CHARLES SIMONO,
JOHN DENNEE, GEORGE STAMPER,
STEVE WEBER, LESLI HROUDA,
LINDA HELMICK, DONALD
STONEFIELD, RICHARD BRANDER,
BETTY THUNDER, WISCONSIN
MUTUAL INSURANCE
CORPORATION and LEAGUE OF
WISCONSIN MUNICIPALITIES
MUTUAL INSURANCE,

    Defendants.

Case No. 14-cv-446-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/25/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |